IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM DAVID BLICK,                              )
                              Petitioner,  )
                                                   ) Civil Action No. 11-299
             vs.                                   ) District Judge Terrence F. McVerry
                                                   ) Magistrate Judge Maureen P. Kelly
THE ATTORNEY GENERAL OF THE       )
STATE OF PENNSYLVANIA,                     )
                              Respondent.)

**O R D E R**

AND NOW, this 14th day of September, 2012, after the Petitioner, William David

Blick, filed an action in the above-captioned case,   and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties until August 20, 2012, to file

written objections thereto, and no objections having been filed by Petitioner, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus by a

Prisoner in State Custody under 28 U.S.C. § 2254 (the "petition") is denied;

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


s/ Terrence F. McVerry
United States District Judge

cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

        William David Blick
        EQ-5104
        SCI Pittsburgh
        P.O. Box 99991
        Pittsburgh, PA 15233


        All Counsel of Record by electronic filing