IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DAVID BLICK,<br>Petitioner,<br><br>vs.<br><br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>Respondent. | )<br>)<br>) Civil Action No. 11-299<br>) District Judge Terrence F. McVerry<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>) |

## **O R D E R**

AND NOW, this 14th day of September, 2012, after the Petitioner, William David Blick, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until August 20, 2012, to file written objections thereto, and no objections having been filed by Petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus by a Prisoner in State Custody under 28 U.S.C. § 2254 (the "petition") is denied;

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/ Terrence F. McVerry
United States District Judge

cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

        William David Blick
        EQ-5104
        SCI Pittsburgh
        P.O. Box 99991
        Pittsburgh, PA 15233


        All Counsel of Record by electronic filing